UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRADLEY KIRK BLISS,         )
         Plaintiff,        )
                            )   JUDGMENT
v.                          )
                            )   No.: 5:12-CV-581-H
UNITED STATES OF AMERICA    )
VETERANS ADMINISTRATION,    )
         Defendants.       )

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing of the defendant and this case is closed.

This Judgment Filed and Entered on June 17, 2013, with service on:

Bradley K. Bliss, Pro Se
5400 Live Oak Trail
Raleigh, NC 27613

Joshua Royster, Assistant US Attorney  (via CM/ECF Notice of Electronic Filing)

June 17, 2013                          JULIE A. RICHARDS, CLERK
                                                    /s/ Lisa W. Lee
                                                    (By): Lisa W. Lee, Deputy Clerk